Kelly G. Watson, Esq (893)
Arthur A. Zorio, Esq. (6547)
WATSON ROUNDS
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171

Attorneys for Defendants
ALLIED PROPERTY & CASUALTY
COMPANY AND NATIONWIDE
MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARRY U. THOMPSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES I-XXX, inclusive,<br><br>　　　　　　Defendants,<br>_____/ | CASE NO.: CV-N-05-0100-LRH RAM<br><br>**STIPULATION AND ORDER FOR STAY OF PROCEEDINGS PENDING RESOLUTION OF AGREED BINDING ARBITRATION** |

Defendants ALLIED PROPERTY & CASUALTY COMPANY AND NATIONWIDE MUTUAL INSURANCE COMPANY and Plaintiff HARRY U. THOMPSON hereby stipulate and agree that the above entitled matter be submitted to binding private arbitration; that the above-entitled matter be stayed; and that the Complaint filed herein, and each and every cause of action stated therein, will be dismissed with prejudice after the completion of binding arbitration to which the parties have recently agreed.  The parties hereto have agreed to submit to binding arbitration on

Plaintiff's First Cause of Action and Plaintiff has agreed to waive all other causes of action and claims for relief including claims for bad faith, deceptive trade practices, and punitive damages.

The parties request that the above-entitled instant action be stayed until such time as the binding arbitration has been completed, at such time, the parties shall dismiss with prejudice this action in its entirety. The binding arbitration is set for April 17, 2005. Nothing stated in this stipulation will be held to be inconsistent with the written agreement for arbitration entered into by the parties, the agreement for arbitration controls.

WHEREFORE, Plaintiffs and Defendants pray for an order staying the instant action.

| | |
|---|---|
| Dated: February 17, 2006 | Dated: February 17, 2006 |
| WATSON ROUNDS | |
| By: /s/_____<br>Kelly G. Watson, Esq.<br>Arthur A. Zorio, Esq.<br>Attorneys for Defendants<br>ALLIED PROPERTY & CASUALTY<br>COMPANY AND NATIONWIDE<br>MUTUAL INSURANCE COMPANY | By: /s/_____<br>Matthew L. Sharp, Esq.<br>Attorneys for Plaintiff<br>HARRY U. THOMPSON |

IT IS SO ORDERED THIS 21st DAY OF FEBRUARY, 2006

_____
United States District Court Judge